902

January 21, 1959 is vacated. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ 59 MADISON AVE. CORP. v. LEO BAUER et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES BRIGGS.— Motion denied without prejudice to a renewal thereof upon adequate papers. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SCAROLA. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PAUL KELLY.— Motion for reargument denied. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ 20 EAST 190 STREET REALTY CORP. v. ROBERT F. WAGNER, as Mayor of the City of New York, et al.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ JAMES P. REGAN v. BEEKMAN DOWNTOWN HOSPITAL et al.— Motion granted and the order of this court entered on January 8, 1959 (ante, p. 834), is vacated, and the appeal reinstated. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ FLORENCE STEINER et al., v. DAVID BRAITMAN.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ LOLA M. GOTTFRIED, Individually and as Trustee, et al., v. SAMUEL MILLER.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

(February 17, 1959)

■ DOROTHY BURSTEIN, Respondent, v. LEO R. BURSTEIN, Appellant.— Judgment is unanimously modified in its second decretal paragraph to substitute "the sum of Fifty ($50.00) Dollars per week" in place and stead of "the sum of Ninety-seven ($97.00) Dollars per week." As modified, the judgment is otherwise affirmed, without costs. From the record we find that there was insufficient credit given to the defendant for his traveling and business expenses and that a more appropriate allowance for that purpose would average $8,000 per year. It follows that his average net income would necessarily be reduced by that difference. Under the circumstances, the award for support and maintenance was excessive. Findings of fact and conclusions of law are modified accordingly. Settle order on notice. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.